## CASH v. STATE.
### No. 14211.

Court of Criminal Appeals of Texas.
March 18, 1931.

Rehearing Denied April 8, 1931.

Clarence Kendall, J. E. Winfree, and Heidingsfelder & Kahn, all of Houston, for appellant.

O'Brien Stevens, Crim. Dist. Atty., of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, possession of intoxicating liquor for the purpose of sale; punishment, one year in the penitentiary.

The record is before us without any bill of exception or statement of facts, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

On Motion for Rehearing.

LATTIMORE, J.

The judgment of the court below, rendered upon appellant's plea of guilty, recites that it plainly appeared to the court that said defendant was sane and uninfluenced in mak-

ing his plea of guilty. This court presumes correctness in the records, judgments, and orders of trial courts until the contrary is made to appear in some legal way. Appellant's complaint in his motion that there is no evidence in the record showing that he was sane at the time he entered his plea of guilty has no merit.

The motion for rehearing will be overruled.